UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATISHA SHERADE,
                      Plaintiff,

              -v-

COMMISSIONER OF SOCIAL
SECURITY, *et al.*,
                      Defendants.

23-CV-3105 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    By separate Order today, the Court is referring this case to the assigned Magistrate Judge, Judge Stewart D. Aaron, for a report and recommendation on any motion for judgment on the pleadings. In the event that Magistrate Judge Aaron does not issue a case-specific scheduling order governing such motions, the parties must comply with this District's Standing Order governing challenges to denials of social security benefits (*see In re: Mots. J. Pleadings Social Sec. Cases*, 16-mc-171).

    To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C § 636(c), to conducting all further proceedings before the Magistrate Judge.

    If both parties consent to proceed before the Magistrate Judge, counsel for the Defendant must, within two weeks of the date on which Defendant enters an appearance, email to Oetken_NYSDChambers@nysd.uscourts.gov a fully executive Notice, Consent, and Reference of a Civil Action of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.  If the court approves that form, all further proceedings will then be conducted before the Magistrate Judge rather than before me.

1

If either party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, within two weeks on which Defendant enters an appearance, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.

SO ORDERED.

Dated: April 17, 2023
      New York, New York

_____
J. PAUL OETKEN
United States District Judge