```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/16/2023___
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

*c/o Social Security Administration*  tel: (212) 264-2524
*Office of the General Counsel*      fax: (212) 264-6372
*6401 Security Boulevard,*
*Baltimore, MD 21235*

June 16, 2023

**Via CM/ECF**

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Application GRANTED. SO ORDERED.

Dated: June 16, 2023

Re: *Sherade v. Commissioner of Social Security*
    Civil Action No. 1:23-cv-03105-JPO-SDA
    Joint Letter Request for Extension of Deadlines

Dear Judge Aaron:

This Office represents the Acting Commissioner of Social Security (Commissioner), the Defendant in this matter. We write respectfully with Plaintiff to request an extension of the deadlines for filing the certified administrative record (CAR) and subsequent briefing in the above-referenced Social Security case, pursuant to the Standing Order, *In re Briefing of Social Security Cases*, M 10-46, issued on November 18, 2022 (the Standing Order).

Pursuant to the Supplemental Rules for Social Security Actions effective December 1, 2022, the certified administrative record (CAR) is presently due to be filed as Defendant's answer by June 23, 2023, Plaintiff's brief is due on July 24, and Defendant's brief is due on August 23, 2023. *See* Supp. R 4, 6-8. Due to large caseloads, and in accordance with the Standing Order, the parties have conferred about a proposed modified and comprehensive schedule for future filings in this case. The parties respectfully request that the Court approve the following proposed schedule:

| Document | To be filed no later than |
|---|---|
| CAR | Monday, August 7 (45 day extension) |
| Plaintiff's Brief | 67 days from the filing of the CAR |
| Commissioner's Brief | 67 days from the filing of Plaintiff's brief |
| Plaintiff's Reply (if any) | 28 days from the filing of Commissioner's brief |

This is the first and only request for an extension of the filing deadlines in this case.

We thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

BY:  ___*s/ Victoria S. Treanor*___
Victoria S. Treanor
Special Assistant U.S. Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2524
victoria.treanor@ssa.gov


___*Daniel A. Osborn*___
Daniel A. Osborn
OSBORN LAW P.C.
43 West 43rd St., Ste 131
New York, NY 10036
(212) 725-9800
dosborn@osbornlawpc.com