**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LATISHA SHERADE,

                Plaintiff,                23 **CIVIL** 3105 (SDA)

      -v-                                    **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 13, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Commissioner will offer plaintiff the opportunity for a new hearing before an Administrative Law Judge (ALJ) and submission of additional evidence in support of her claim.

**Dated:**  New York, New York
           September 13, 2023

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                           **BY:**

                                                                   **Deputy Clerk**