**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Latisha S.,**

**Plaintiff,**

**-against-**

**Commissioner of Social Security,**

**Defendant.**

**1:23-cv-03105 (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

Before the Court is Plaintiff's motion for an award of attorney's fees pursuant to 42 U.S.C. § 406(b). (Pl.'s 4/20/26 Mot., ECF No. 22.) After this action was remanded to the Commissioner of Social Security, Plaintiff received a fully favorable decision. (*See* Trust Decl., ECF No. 23, ¶¶ 5, 8.) The requested attorneys' fees of $5,230.00 are not greater than 25% of past-due social security benefits and there is no evidence or suggestion of fraud or overreaching. (*See* Pl.'s Mem., ECF No. 24, at 3-4 (citing *Wells v. Sullivan*, 907 F.2d 367 (2d Cir. 1990).) Moreover, having reviewed the contingency fee agreement and considered the relevant factors, the Court finds that the requested fees are reasonable in light of the services rendered by Plaintiff's counsel. *Fields v. Kijakazi*, 24 F.4th 845, 853-56 (2d Cir. 2022).

For the foregoing reasons, the Court approves the contingency fee arrangement and Plaintiff's motion for $5,230.00 in attorneys' fees is GRANTED. Upon receipt of this sum, Plaintiff's counsel should refund directly to Plaintiff the $900.00 received pursuant to the Equal Access to

Justice Act in connection with this action. (*See* Trust Decl. ¶ 7; *see also* Pl.'s Mem. at 4 n.1 (citing

*Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).)

**SO ORDERED.**

Dated:      New York, New York
            May 6, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2